**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

EDEN HARRISON,

    Plaintiff,

                                  Case No. 08-12413

v.                                      Hon. Lawrence P. Zatkoff

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

**OPINION AND ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff filed this case seeking Social Security disability insurance benefits. This matter currently comes before the Court on Magistrate Judge Morgan's Report and Recommendation [dkt 14], in which the Magistrate Judge recommends that Plaintiff's motion for summary judgment [dkt 12] be denied, and that Defendant's motion for summary judgment [dkt 13] be granted. Plaintiff has not filed objections to the Report and Recommendation and the time period to do so has elapsed.

After a thorough review of the transcript, the parties' respective motions, and the Report and Recommendation, the Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for summary judgment [dkt 12] is DENIED, and that Defendant's motion for summary judgment [dkt 13] is GRANTED.

IT IS SO ORDERED.

                                       s/Lawrence P. Zatkoff
                                       LAWRENCE P. ZATKOFF
                                       UNITED STATES DISTRICT JUDGE

Dated:  April 16, 2009

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on April 16, 2009.

                                         s/Marie E. Verlinde
                                         Case Manager
                                         (810) 984-3290